Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALVERNAZ,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, et al.,<br><br>Defendant. | CIV. NO.  11CV-00613 EJD PSG<br><br>STIPULATION and [~~PROPOSED~~] ORDER TO MEDIATE |

Plaintiff and Defendant AllianceOne Receivables Management have stipulated to mediate this matter through the Northern District of California's Alternative Dispute Resolution program. Defendant Daniel Vishnevetsky hereby joins in such stipulation

Dated: 6/14/11

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: 6/14/11

_____
James Smith, Counsel for Defendant
Daniel Vishnevetsky

[~~Proposed~~] ORDER

The Court hereby adopts the stipulation of the parties. The parties shall mediate this matter within 90-days. **IT IS SO ORDERED.**

_____
HON. Edward Davila, U.S. District Judge

Dated: June 17, 2011

- 1 -