UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALVERNAZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES<br>MANAGEMENT, INC., ET AL.,<br><br>　　　　　Defendants. | Case No.: C 11-00613 PSG<br><br>**ORDER SETTING HEARING ON PLAINTIFF DAVID ALVERNAZ'S MOTION FOR DEPOSITION TO BE TAKEN BY TELEPHONE OR OTHER REMOTE MEANS**<br><br>**(Docket No. 27)** |

　　　　Plaintiff David Alvernaz moves to allow certain depositions scheduled to be held on August 12, 2011[1] to be taken by telephone or other remote means. He seeks to conduct the depositions by telephone or other remote means to minimize litigation costs and states that his efforts to obtain a stipulation have been unheeded. Accordingly,

　　　　IT IS HEREBY ORDERED that a telephonic hearing on Alvernaz's motion shall be held on Monday, August 8, 2011 at 11AM. Defendants AllianceOne Receivables Management, Inc. and Daniel Vishnevsky may file their oppositions to the motion no later than August 5, 2011.

　　　　The parties should contact CourtCall at (866)582-6878 to schedule their telephonic appearances for the hearing. If the parties reach a stipulation in advance of the hearing date,

---

[1]　　In the "Introduction" of the motion, Alvernaz states that the deposition is scheduled to be held on August 12, 2011. In the "Relief Requested" section of the motion, he states that the deposition is scheduled to be held on August 15, 2011.

ORDER, *page 1*

Alvernaz shall notify the court promptly.

IT IS SO ORDERED.

Dated: 8/3

_____
PAUL S. GREWAL
United States Magistrate Judge