IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID ALVERNAZ,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC., ET AL.,

    Defendant.

No. C 11-00613 EJD

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

    The parties, having filed a Notice of Settlement on **September 30, 2011** (See Docket Item No. 31), are ordered to appear before the Honorable Edward J. Davila on **December 16, 2011 at 9:00 AM** in Courtroom No. 1, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **December 9, 2011,** the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.  The Motion to Continue the October 7, 2011 Case Management Conference (Docket Item No. 31) is TERMINATED.

    The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **December 9, 2011**

    All other pretrial deadlines and hearing dates are vacated.

    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: October 4, 2011

    EDWARD J. DAVILA
    UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE RE SETTLEMENT

1