Ronald Wilcox, Esq., 176601
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DAVID ALVERNAZ, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO DISMISS** |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: C 11-0613 EJD *RUI + |
| | ) |
| ALLIANCEONE RECEIVABLES | ) |
| MANAGEMENT, INC., and DANIEL | ) |
| VISHNEVETSKY, | ) |
| | ) |
| Defendants**.** | ) |
| | ) |

This matter having been resolved, the parties hereby submit this stipulation to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2).  Each party shall bear its own attorneys' fees and costs.

Date: November 16, 2011

/s/Ronald Wilcox, Plaintiff's Attorney

/s/Jeff Topor, Defendant AllianceOne Receivables Management, Inc., attorney

/s/James Smith, Defendant Daniel Vishnevetsky's attorney

**[Proposed] ORDER TO DISMISS**

The stipulation of the parties is adopted; the case is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2).  Each party shall bear its own attorneys' fees and costs.

Date:  November 23, 2011

_____
Hon. Edward J. Davila, US. District Judge